```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 21036
   ROBERT VANDERKRABBEN
   PATRICIA VANDERKRABBEN                   CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER
         Debtor
   SSN XXX-XX-2109    SSN XXX-XX-8945

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/01/2004 and was confirmed 09/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  92.82% from remaining funds.

     The case was paid in full 08/19/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
HSBC MORTGAGE CORP         CURRENT MORTG     51470.77         .00       51470.77
HSBC MORTGAGE CORP         MORTGAGE ARRE     16947.91       426.45      16947.91
ROUNDUP FUNDING LLC        SECURED            8500.00       723.18       8500.00
ROUNDUP FUNDING LLC        UNSECURED OTH      1364.20         .00        1266.58
US BANK/ELAN/RETAIL PAYM   CURRENT MORTG     30656.00         .00       30656.00
US BANK/ELAN/RETAIL PAYM   MORTGAGE ARRE         .00          .00            .00
AMERICAN EXPRESS           UNSECURED        NOT FILED         .00            .00
ROUNDUP FUNDING LLC        UNSECURED OTH       891.07         .00         827.32
CAPITAL ONE BANK           UNSECURED        NOT FILED         .00            .00
CARSON PIRIE SCOTT         UNSECURED OTH       914.33         .00         848.90
RESURGENT CAPITAL SERVIC   UNSECURED OTH      1199.31         .00        1113.50
HMW LLC                    UNSECURED OTH      1675.27         .00        1550.11
HOUSEHOLD FINANCE CORP     UNSECURED        NOT FILED         .00            .00
JC PENNEY                  UNSECURED        NOT FILED         .00            .00
MARSHALL FIELDS            UNSECURED        NOT FILED         .00            .00
MARSHALL FIELDS            UNSECURED        NOT FILED         .00            .00
NEW MEXICO EDUCATORS FCU   UNSECURED OTH      7842.45         .00        7281.31
JEFFERSON CAPITAL SYSTEM   UNSECURED OTH       872.85         .00         810.40
PROVIDIAN                  UNSECURED        NOT FILED         .00            .00
SEARS ROEBUCK & CO         UNSECURED        NOT FILED         .00            .00
USAA FEDERAL SAVINGS BAN   UNSECURED OTH      3148.52         .00        2923.24
HSBC MORTGAGE CORP         COST OF COLLE         .00          .00            .00
INTERNAL REVENUE SERVICE   PRIORITY           2365.54         .00        2365.54
INTERNAL REVENUE SERVICE   UNSECURED            25.48         .00          23.65
MELVIN J KAPLAN            DEBTOR ATTY           .00                         .00
TOM VAUGHN                 TRUSTEE                                       8,160.14
DEBTOR REFUND              REFUND                                        3,733.65

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 21036 ROBERT VANDERKRABBEN & PATRICIA VANDERKRABBEN
```

```
TRUSTEE                                  139,628.65

PRIORITY                                                      2,365.54
SECURED                                                     107,574.68
   INTEREST                                                   1,149.63
UNSECURED                                                    16,645.01
ADMINISTRATIVE                                                     .00
TRUSTEE COMPENSATION                                          8,160.14
DEBTOR REFUND                                                 3,733.65
                                     ---------------    ---------------
TOTALS                                   139,628.65          139,628.65
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 11/20/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE